IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PARKERVISION, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**NXP SEMICONDUCTORS N.V., NXP B.V., NXP USA, INC. d/b/a NXP SEMICONDUCTORS USA, INC.,**<br><br>*Defendants*. | Case No. 6:23-CV-00389<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, ParkerVision, Inc., states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: May 19, 2023

Respectfully submitted,

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tel/Fax: (512) 865-7950

*Attorneys for Plaintiff*