**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

|  |  |
|---|---|
| PARKERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> NXP SEMICONDUCTORS N.V; NXP B.V.; NXP USA, INC. d/b/a NXP SEMICONDUCTORS USA, INC., <br><br> Defendant. | Case No. 6:23-cv-00389-ADA <br><br> **JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT**

Pursuant to the Court's Order Granting Motion to Stay (Dkt. 110), Plaintiff ParkerVision, Inc. ("ParkerVision") and Defendants NXP Semiconductors N.V., NXP B.V., NXP USA, Inc. d/b/a NXP Semiconductors USA, Inc. ("NXP") (collectively, the "Parties") respectfully submit this Joint Status Report.

On May 27, 2025, the Court stayed this action pending the issuance of the Final Written Decision ("FWD") from the Patent Trial and Appeal Board ("PTAB") in IPR2024-01066 (which was joined with IPR2024-00935) and IPR2024-01068 (which was joined with IPR2024-00936). Dkt. 110 ¶ 1. The Court further ordered the Parties to "give notice to this Court when the PTAB issues FWDs in the IPRs and if those FWDs are appealed to the Federal Circuit." *Id.* p. 8.

The PTAB has now issued the last of the FWDs. On May 22, 2026, the PTAB issued FWDs in IPR2024-00935 and IPR2024-00936. The Parties now submit this report in compliance with the Court's May 27, 2025 Order Granting Defendants' Motion to Stay.

- 1 -

I.      **Status of the Inter Partes Review Proceedings**

On May 22, 2026, the PTAB issued a Final Written Decision in IPR2024-00935, which concerns U.S. Patent No. 7,865,177 (the "'177 Patent"). The PTAB held Claim 14—the sole challenged claim and the only Asserted Claim of the '177 Patent in this case—unpatentable. All Asserted Claims of the '177 Patent have therefore been found unpatentable.

On May 22, 2026, the PTAB issued a Final Written Decision in IPR2024-00936, which concerns U.S. Patent No. 9,118,528 (the "'528 Patent"). The PTAB held Claims 1–5, 8, 9, 11–23, 26, 27, and 29–36 of the '528 Patent unpatentable. All Asserted Claims of the '528 Patent have therefore been found unpatentable.

Additionally, on May 22, 2026, the PTAB issued a Final Written Decision in IPR2024-00796, which concerns U.S. Patent No. 7,483,686 (the "'686 Patent") in a proceeding filed by MediaTek against ParkerVision. The PTAB held Claims 1-20 of the '686 Patent unpatentable. All Asserted claims of the '686 Patent have therefore been found unpatentable.

Accordingly, every Asserted Claim of every Asserted Patent in this case has been found unpatentable by the PTAB.  Per the order staying this case, "[i]t will not necessarily be warranted for the Court to continue the stay through any proceedings following the PTAB's decision. That is an issue that can be revisited after the PTAB renders its decision." *Id*.

II.     **Status of Appeals**

ParkerVision intends to appeal the Final Written Decisions in IPR2024-00935 (the '177 Patent), IPR2024-00936 (the '528 Patent), and IPR2024-00796 (the '686 Patent).

III.    **Conclusion**

The Parties respectfully submit this Joint Status Report in compliance with the Court's May 27, 2025 Order. The Parties remain available to address any further questions the Court may have.

Dated: June 19, 2026

Respectfully submitted,

Respectfully submitted,

NXP Semiconductors N.V., NXP B.V., NXP USA, Inc. d/b/a NXP Semiconductors USA, Inc.

PARKERVISION, INC.

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
rmort@daignaultiyer.com
DAIGNAULT IYER LLP
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel/Fax: 512-865-7950

*/s/ Michael Chibib*
Michael Chibib
Texas Bar No. 00793497
michael.chibib@bracewell.com
Conor M. Civins
Texas Bar No. 24040693
conor.civins@bracewell.com
Christopher J. Mierzejewski
Texas State Bar No. 24070270
chris.mierzejewski@bracewell.com
BRACEWELL LLP
111 Congress Ave. Suite 2300
Austin, TX 78701
Telephone: (512) 472-7800

Of Counsel:
Ronald M. Daignault* (*pro hac vice*)
Chandran B. Iyer (*pro hac vice*)
Jason S. Charkow* (*pro hac vice*)
Scott Samay* (*pro hac vice*)
Stephanie Mandir* (*pro hac vice*)
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
smandir@daignaultiyer.com
DAIGNAULT IYER LLP
8229 Boone Blvd., Suite 450
Vienna, VA 22182
*Not admitted in Virginia

*Counsel for Defendants*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on June 19, 2026, the foregoing document was served on all counsel of record via CM/ECF.

/s/ Raymond W. Mort, III